IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:14CR049
)
DAVID R. FLYNN, )
)
*Defendant*. )

FILED IN OPEN COURT
DEC 1 6 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is sentenced to pay restitution in the amount of **$2,296,657.86**.

2. The Government has confirmed that defendant Flynn has paid the individual victims, R.M. and E.M., in full prior to sentencing.

3. The Clerk of Court shall forward all restitution payments to: First American Title Insurance Company, 14368 Sommerville Court, Midlothian, Virginia 23113.

4. Interest:

   ✓ is waived. *so long as the defendant complies with the order, JSM* otherwise interest accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $500.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

9. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

Honorable Henry Coke Morgan, Jr.
Senior United States District Judge

ENTERED this 16th day of December, 2014.

at Norfolk, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

Melissa E. O'Boyle
Melissa E. O'Boyle
Assistant United States Attorney
United States Attorney's Office
World Trade Center
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone - 757-441-6331
Facsimile - 757-441-6689
E-Mail – melissa.oboyle@usdoj.gov

SEEN AND AGREED:

David R. Flynn
Defendant

James O. Broccoletti
Counsel for Defendant
Zoby & Broccoletti
6663 Stoney Point South
Norfolk, Virginia 23502
Telephone - 757-466-0750
Facsimile - 757-466-5026
E-Mail – james@zobybroccoletti.com

2